

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---
**No. PD-0470-07**
---

**ARTHUR LEE WILLIAMS, Appellant**

**v.**

**THE STATE OF TEXAS**

---
**On Discretionary Review of Case 09-06-000103-CR of the
Ninth Court of Appeals,
Montgomery County**
---

*WOMACK, J., filed a concurring opinion.*

I agree with the Court's statement, *ante*, at 11, that "'destroy' is distinct from … 'alter.'" I write only to say that, while "destroy" and "alter" are different, they may not be mutually exclusive. When something is destroyed, it may be said to have been altered.

Filed   November 26, 2008.
Publish.